**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                            Chapter 7 Proceeding

SALOMON ALALU                                                   Case No. 19-20631-LMI
MARGIE ALALU

     Debtors.
_____/

**TRUSTEE'S PROPOSED NOTICE OF ABANDONMENT**

**TO:**   ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.

**NOTICE IS HEREBY GIVEN THAT:**

    **MARIA M. YIP,** Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a) intends to abandon the following property due to either no real value to the estate, claimed exempt by the Debtor(s), or liens and encumbrances exceed the value thereof:

1. 2017 Mazda 3 Vin #3MZBN1U71HM144265

    *Any parties objecting to this abandonment must file a written objection with the Clerk of the Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave, Suite 150, Miami, Florida 33128, with a copy to the undersigned Trustee in Bankruptcy. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.*

    I HEREBY CERTIFY that a true and correct copy of the *Trustee's Proposed Notice of Abandonment* was served on those parties enumerated on the attached service list via regular mail and to those parties listed with the Court to receive notices via electronically.

Dated: September 19, 2019                                   By: /S/ *Maria M. Yip, Trustee*
                                                                               Maria M. Yip, Trustee
                                                                               2 S. Biscayne Blvd, Suite 2690
                                                                               Miami, FL 33131
                                                                               (T) (305) 908-1862 / (F) (786) 800-3903
                                                                               Email: trustee@yipcpa.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-20631-LMI<br>Southern District of Florida<br>Miami<br>Thu Sep 19 20:05:24 EDT 2019 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | BMO Harris Bank, NA<br>c/o Hogan Data Operations<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Aldridge/Pite, LLP<br>1615 South Congress Ave, Ste 200<br>Delray Beach, FL 33445-6326 | Amanda Marie Thoele<br>Debski & Associates, PA<br>PO Box 47718<br>Jacksonville, FL 32247-7718 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Amex/Bankruptcy<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Amex/Bankruptcy<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Ana C. Augusto Esq.<br>7951 SW 40th St #202<br>Miami, FL 33155-6752 | Arthur Drew Rubin<br>Rubin & Debski, PA<br>PO Box 47718<br>Jacksonville, FL 32247-7718 |
| Avanta, LLC<br>C/O Corp. Solutions of S.Fl. Registered<br>283 Catalonia Avenue, 2nd Flr.<br>Miami, FL 33134-6712 | BMO Harris Bank<br>Attn: Bankruptcy<br>Po Box 2035<br>Milwaukee, WI 53201-2035 | BMO Harris Bank<br>Pobox94934<br>Palatine, IL 60069 |
| Bank of America<br>P.O. box 14506<br>Des Moines, IA 50328-0001 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1703 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 |
| Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Chistopher Hollowell<br>Coral Springs Office<br>5850 Coral Ridge Dr ste 106<br>Pompano Beach, FL 33076-3379 | Citibank<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank<br>Po Box 769006<br>San Antonio, TX 78245-9006 | Citibank North America<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |

| | | |
|---|---|---|
| Citibank North America<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank/Office Depot<br>Attn: Bankruptcy<br>Po Box 6403<br>Sioux Falls, SD 57117-6403 | Citibank/Office Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Comenity Bank/Ann Taylor<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Ann Taylor<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Express<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Express<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bkl/Ulta<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bkl/Ulta<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| (p)COMPASS BANK<br>AL BI-HW REC<br>PO BOX 10566<br>BIRMINGHAM AL 35296-0002 | Compass Bank<br>Attn: Bankruptcy<br>Po Box 10566<br>Birmingham, AL 35296-0001 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Debski & Associates, P.A<br>PO Box 47718<br>Jacksonville, FL 32247-7718 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Deptartment Store National Bank/Macy's<br>Po Box 8218<br>Mason, OH 45040-8218 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Diversified Consultants, Inc.<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | Diversified Consultants, Inc.<br>Attn: Bankruptcy<br>Po Box 679543<br>Dallas, TX 75267-9543 |
| Dsnb Bloomingdales<br>Attn: Recovery 'Bk'<br>Po Box 9111<br>Mason, OH 45040 | Dsnb Bloomingdales<br>Po Box 8218<br>Mason, OH 45040-8218 | Emily Y. Rottman, Esq.<br>50 N Laura St<br>Jacksonville, FL 32202-3664 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | First Federal Credit & Collections<br>3440 Hollywood Blvd<br>Hollywood, FL 33021-6933 |
| First Federal Credit & Collections<br>Po Box 813787<br>Hollywood, FL 33081-3787 | First Nataional Bank/Legacy<br>500 East 60th St North<br>Sioux Falls, SD 57104-0478 | First Nataional Bank/Legacy<br>Attn: Bankruptcy<br>Po Box 5097<br>Sioux Falls, SD 57117-5097 |

| | | |
|---|---|---|
| First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 | First National Bank<br>P.o. Box 3412<br>Omaha, NE 68197-0001 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)FIRST SAVINGS BANK<br>PO BOX 5096<br>SIOUX FALLS SD 57117-5096 | First Savings Bank/Blaze<br>Attn: Bankruptcy<br>Po Box 5096<br>Sioux Falls, SD 57117-5096 |
| First Savings Credit Card<br>Attn: Bankruptcy Department<br>Po Box 5019<br>Sioux Falls, SD 57117-5019 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0110 | IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Law Office of Pelayo Duran, PA<br>4640 NW 7th Street<br>Miami, FL 33126-2309 | LendingClub<br>71 Stevenson St Ste 300<br>San Francisco, CA 94105-2985 | Lydia Kogan<br>c/o Macken Realty, Inc.<br>17071 West Dixie Hwy<br>Miami, FL 33160-3773 |
| Michael Thiel Debski, Esq.<br>Debski & Associates, PA<br>PO Box 47718<br>Jacksonville, FL 32247-7718 | Monica L. Haddad Forbes, Esq.<br>50 N Laura St Ste 3300<br>Jacksonville, FL 32202-3661 | Nissan Motor Acceptance Corp/Infinity Lt<br>8900 Freeport Pkwy<br>Irving, TX 75063-2441 |
| Nissan Motor Acceptance Corp/Infinity Lt<br>Attn: Bankruptcy<br>Po Box 660360<br>Dallas, TX 75266-0360 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pelayo M. Duran, Esq.<br>Law Office of Pelayo Duran, P.A.<br>4640 NW 7th Street<br>Miami, FL 33126-2309 |
| Sara D. Dunn, Esq.<br>Quarles & Brady, LLP<br>101 E. Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | Sara F. Holladay-Tobias, Esq.<br>50 North Laura Street<br>Jacksonville, FL 32202-3664 | Syncb Bank/American Eagle<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb Bank/American Eagle<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Transunion<br>PO Box 1000<br>Chester, PA 19016-1000 | US BankCorp<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | US BankCorp<br>Po Box 130<br>Hillsboro, OH 45133-0130 |
| United States of America<br>C/O Wilfredo A. Ferrer<br>99 NE 4th St, 3rd FL<br>Miami, FL 33132-2145 | Margie Alalu<br>21220 NE 25 Court<br>Miami, FL 33180-1038 | Maria Yip<br>2 S. Biscayne Blvd #2690<br>Miami, FL 33131-1815 |

Salomon Alalu  
21220 NE 25 Court  
Miami, FL 33180-1038  

Timothy S Kingcade Esq  
1370 Coral Way  
Miami, FL 33145-2960  

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One  
15000 Capital One Dr  
Richmond, VA 23238  

Compass Bank  
2009 Beltline Parkway  
Decatur, AL 35603  

Continental Finance Company  
Attn: Bankruptcy  
Po Box 8099  
Newark, DE 19714  

(d)Continental Finance Company  
Pob 8099  
Newark, DE 19714  

Department Of The Treasury  
PO Box 21126  
Philadelphia, PA 19114-0326  

(d)Department of the Treasury  
Po Box  21126  
Philadelphia, PA 19114  

Discover Financial  
Attn: Bankruptcy Department  
Po Box 15316  
Wilmington, DE 19850  

(d)Discover Financial  
Pob 15316  
Wilmington, DE 19850  

First Savings Bank/Blaze  
500 E. 60th Street  
Sioux Falls, SD 57104  

(d)First Savings Credit Card  
500 East 60th St North  
Sioux Falls, SD 57104  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami  

(d)American Express National Bank  
c/o Becket and Lee LLP  
PO Box 3001  
Malvern  PA 19355-0701  

(d)Equifax  
Po Box 740241  
Atlanta, GA 30374-0241  

(d)Experian  
Po Box 2002  
Allen, TX 75013-2002  

(d)IRS Centralized Bankruptcy Department  
POB 7346  
Philadelphia, PA 19101-7346  

(d)Transunion  
Po Box 1000  
Chester, PA 19016-1000  

End of Label Matrix  
Mailable recipients    91  
Bypassed recipients     6  
Total                  97